IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOHN WILLIAM RAY,

        Plaintiff,

v.                               CIVIL ACTION NO. 2:16-cv-00811

WILLIAMSON MEMORIAL HOSPITAL, et al.,

        Defendants.

## DISMISSAL ORDER

Before the Court is Plaintiff John William Ray's motion for voluntary dismissal. Defendants have filed a response indicating they do not oppose the motion. Therefore, in accordance with Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiff's motion for voluntary dismissal (ECF No. 12) and **DISMISSES WITHOUT PREJUDICE** this action. Plaintiff's pending motion to remand (ECF No. 3) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     April 12, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE